UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-637 (SHS) |
| -v- | : | <u>ORDER</u> |
| VICTOR CASTRO, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

    An initial pretrial videoconference is scheduled to take place via Skype on January 5, 2021, at 11:00 a.m. The Skype link will be emailed to all participants. Attached to this Order is a Consent Form for defendant to proceed by videoconference.

    To optimize use of the Court's video conferencing technology, all participants in the call must:

    Use a browser other than Microsoft Explorer to access Skype for Business;

    Position the participant's device as close to the WiFi router as is feasible;

    Ensure any others in the participant's household are not using WiFi during the period of the call;

    Unless the participant is using a mobile telephone to access Skype for Business, connect to audio by having the system call the participant; and

    If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and entering Conference ID 245016369.

Dated: New York, New York
       December 22, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | __-Cr.____ (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR |
| _____, | : | TELECONFERENCE |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      Defendant _____ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____    Initial Appearance/Appointment of Counsel

____    Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____    Preliminary Hearing on Felony Complaint

____    Bail/Revocation/Detention Hearing

____    Status and/or Scheduling Conference

____    Misdemeanor Plea/Trial/Sentence

_____    _____
Defendant's Signature (Judge may obtain    Defense Counsel's Signature
Verbal consent on Record and Sign for Defendant

_____    _____
Print Defendant's Name    Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

_____    _____
Date    Sidney H. Stein, U.S.D.J.