UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT, | : | 20-Cr-637 (SHS) |
| -v- | : | <u>ORDER</u> |
| VICTOR CASTRO, | : | |
| Defendant. | : | |

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The initial pretrial conference having been held today via videoconference, with defendant and counsel for all parties participating,

IT IS HEREBY ORDERED that:

1. The next pretrial conference will be held on February 19, 2021, at 11:00 a.m., at which time the defendant shall notify the Court as to what motions, if any, he intends to make;

2. The defendant shall file any motions on or before March 5, 2021;

3. The government shall respond to any defense motions by March 12, 2021;

4. Proposed jury charges, proposed *voir dire*, and any motions *in limine*, are due by April 19, 2021;

5. Responses to any motions *in limine* are due by April 26, 2021;

6. The trial of this action is scheduled for May 3, 2021, at 9:30 a.m.; and

7. The time is excluded from calculation under the Speedy Trial Act from today until May 3, 2021. The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: New York, New York
January 5, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.