UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-637 (SHS) |
| -v- | : | CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE |
| Victor Castro, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

Defendant __Victor Castro__ hereby voluntarily consents to participate in the following proceeding via videoconference or teleconference:

____ Initial Appearance/Appointment of Counsel

____ Arraignment (if on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

____ Preliminary Hearing on Felony Complaint

____ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

____ Misdemeanor Plea/Trial/Sentence


/s/ Victor Castro by Martin Cohen
Defendant's Signature (Judge may obtain
Verbal consent on Record and Sign for Defendant

/s/ Martin Cohen
Defense Counsel's Signature


Victor Castro
Print Defendant's Name

Martin Cohen
Print Defense Counsel's Name


This proceeding was conducted by reliable videoconferencing and teleconferencing technology.

Dated: New York, New York
February 25, 2021

_Sidney H. Stein_
Sidney H. Stein, U.S.D.J.