UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-Cr-637 (SHS) |
| -v- | : | ORDER |
| VICTOR CASTRO, | : | |
| Defendant. | : | |

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

The proceeding in this matter is scheduled to take place as a video conference using the Microsoft Teams platform on May 19, 2021, at 4:30 p.m. The link will be emailed to all parrties.

To optimize use of the Court's video conferencing technology, all participants in the call must:

Use a browser other than Microsoft Explorer to access MS Teams;

Position the participant's device as close to the WiFi router as is feasible;

Ensure any others in the participant's household are not using WiFi during the period of the call; and

If there is ambient noise, the participant must mute his or her device when not speaking. Co-counsel, members of the press, and the public may access the audio feed of the conference by dialing 917-933-2166 and using Conference ID number 744469960#.

Dated: New York, New York
May 14, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.