**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 16, 2021

By ECF

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   *United States v. Victor Castro*, 20 Cr. 637 (SHS)

Dear Judge Stein:

    I write on consent (Assistant U.S. Attorney Peter Davis) to respectfully request that the Court adjourn sentencing in this matter, currently scheduled for September 14, 2021, for a period of around 30 days. The reason for the request is that my schedule has shifted around because of a trial, and I will need additional time to prepare my sentencing submission.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:   Peter Davis, Esq., by ECF

The sentencing is adjourned to October 20, 2021, at 2:30 p.m. The defense submission is due by September 30, the government submission is due by October 7.

Dated: New York, New York
       August 16, 2021

SO ORDERED

/s/ Sidney H. Stein
SIDNEY H. STEIN
U.S.D.J.