# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 30, 2021

By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Victor Castro, 20 Cr. 637 (SHS)

Dear Judge Stein:

I write to respectfully request that the Court modify Mr. Castro's travel restrictions to allow him to travel to Kissimmee, Florida to celebrate his birthday. Mr. Castro intends to travel between September 1, 2021 and September 5, 2021, and will provide Pretrial Services with his itinerary and contact information before departing. Mr. Castro has been wholly compliant with his bail conditions since his arrest on August 21, 2020. Pretrial Services – per Officer Dominique Jackson – takes "no position on the defendant's travel request as long as permission is granted from the court." The Government – per Assistant U.S. Attorney Peter Davis – opposes "this purely social request."

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:   Peter Davis, Esq., by ECF
      Jahlil Dean, Pretrial Services Officer, by e-mail
      Dominique Jackson, Pretrial Services Officer, by e-mail

Dated: New York, New York
       August 30, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.