# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 31, 2021

By ECF

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Victor Castro, 20 Cr. 637 (SHS)

Dear Judge Stein:

The Court endorsed a letter-motion permitting Mr. Castro to travel to Florida between September 1, 2021 and September 5, 2021. See Dkt. No. 66. I write to respectfully request that the Court extend the parameters of the trip by one day; that is, to allow Mr. Castro to travel between September 1, 2021 and September 6 2021. Mr. Castro will provide Pretrial Services with his itinerary and contact information before departing.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:   Peter Davis, Esq., by ECF
      Jahlil Dean, Pretrial Services Officer, by e-mail
      Dominique Jackson, Pretrial Services Officer, by e-mail

**Request to extend defendant's trip by one day to September 6 is granted.**

Dated: New York, New York
       August 31, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.