January 5, 2022

By ECF and by e-mail

**MEMO ENDORSED**

Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States v. Victor Castro*, 20 Cr. 637 (SHS)

Dear Judge Stein:

I write to respectfully request that the Court extend Mr. Castro's surrender date by a period of two weeks. Mr. Castro is scheduled to surrender on January 7, 2022, but we have yet to receive any information from the Probation Office or the Bureau of Prisons as to his designation. The Government – per Assistant U.S. Attorney Peter Davis – takes no position on this request.

On November 9, 2021, the Court sentenced Mr. Castro to a term of imprisonment of 36 months, and set a voluntary surrender date of January 7, 2022. As of this writing, we have not received any information from the Probation Office or the Bureau of Prisons as to where Mr. Castro will be designated. (My understanding of the general practice is that in the weeks before a person's surrender, the Probation Office provides designation information, which is e-mailed to defense counsel and mailed to a defendant.) On January 3, 2022, I contacted the Probation Office requesting designation information, but have yet to hear back.

Accordingly, I respectfully request a two-week extension of Mr. Castro's surrender date – until January 21, 2022. During this time I will continue to follow up with the Probation Office and the Bureau of Prisons. Mr. Castro has continued his exemplary behavior on release.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin Cohen
Assistant Federal Defender
(212) 417-8737

cc:   Peter Davis, Esq., by e-mail

**The defendant's date to surrender is extended until January 21, 2021.**

Dated: New York, New York
        **January 5, 2022**

SO ORDERED:

Sidney H. Stein, U.S.D.J.